EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JESÚS RAMOS, acusado y apelante.

No. 3321.—*Visto:* Junio 22, 1928. *Resuelto:* Julio 2, 1928.

*J. Valdejulli,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Los autos en apelación de una sentencia condenatoria de una corte municipal fueron radicados en la oficina del secretario· de la corte de distrito el 23 de diciembre de 1926. El juicio *de novo* en la corte de distrito comenzó el 4 de mayo de 1927. Entonces el acusado presentó una moción para que se sobreseyera el caso fundándose en que habían transcurrido más de 120 días entre las dos últimas fechas mencionadas.

El fiscal ocupó entonces la silla testifical y dijo, substancialmente, que cuando este caso llegó a la oficina del secretario ya se habían señalado los juicios por jurado, la celebración de los cuales había tomado todo el término criminal; que desde entonces la corte había estado ocupada diariamente en la celebración de casos criminales, delitos graves y menos graves, lo que hizo imposible que dicho caso se celebrara antes de aquel día; al extremo de que para facilitar juicios rápidos la corte había señalado más de 20 apelaciones diarias; y que había sido materialmente imposible señalar este caso para antes de aquella fecha.·

Nos inclinamos a convenir con el letrado del acusado y con el fiscal de esta corte en que la mejor práctica hubiese

. sido llamar como testigo al secretario de la corte de distrito.

También convenimos con el criterio del letrado del acusado y del fiscal de esta corte en que las explicaciones del fiscal de distrito fueron enteramente inadecuadas.

De los autos se desprende que la moción solicitando el archivo y sobreseimiento del caso se hizo bajo juramento. Uno de los hechos alegados en dicha moción fué que un número de casos de delitos menos graves, radicados después de haber llegado a la secretaría el presente caso, habían sido celebrados con anterioridad a éste. No obstante este ataque directo, el fiscal de distrito no dice que ninguna de las numerosas apelaciones que habían sido señaladas y resueltas con el fin de someter al acusado a un juicio rápido, había llegado a la secretaría de la corte antes de haberse radicado el presente caso. El mero hecho de que la corte de distrito hubiese estado ocupada con otros asuntos, ya sean civiles o criminales, no bastaba para justificar o excusar el haberse dejado de celebrar la vista de este caso dentro del período estatutorio. *El Pueblo* v. *Cesari*, 26 D.P.R. 21; *El Pueblo* v. *Quirindongo*, 33 D.P.R. 448.

La sentencia apelada *debe ser revocada* y sobreseerse el caso.